# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN GREEN, | CASE NO. 1:10-cv-00935-AWI-SKO |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEY'S FEES BE GRANTED** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | **Docket Nos. 23, 26** |
| Defendant. | |

On April 12, 2012, the Magistrate Judge issued Findings and Recommendations that Plaintiff's motion for an award of attorneys' fees pursuant to the Equal Access to Justice Act ("EAJA") be granted in the amount of $6006.99. (Doc. 26.) These Findings and Recommendations were served on all parties appearing in the action and contained notice that any objections were to be filed within fourteen (14) days after service of the order. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued April 12, 2012, are ADOPTED IN FULL;
2. Plaintiff's application for an award of attorneys' fees is GRANTED in the amount of $6006.99, as follows:
    a. Plaintiff is awarded $2,648.59 for time expended by Ms. Bosavanh, Esq.;
    b. Plaintiff is awarded $3,358.40 for time expended by Ms. Chhagan, Esq.; and
3. Plaintiff is to be paid in accordance with *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

IT IS SO ORDERED.

Dated: May 10, 2012

CHIEF UNITED STATES DISTRICT JUDGE