1

2

3

4

5

6

7

8

9

10

11

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

12  GWENDOLYN GREEN,                               CASE NO. 1:10-cv-935-AWI-SKO

13                                                **ORDER ADOPTING FINDINGS AND**
                        Plaintiff,                **RECOMMENDATIONS**
14

15      v.                                        **(Docs.  28, 29)**

16
    CAROLYN W. COLVIN,
17  Acting Commissioner of Social Security,

18
                        Defendant.
19
    _____/
20

21          On February 27, 2013, the Magistrate Judge issued Findings and Recommendations that

22  Plaintiff's counsel's motion for attorney's fees pursuant to 42 U.S.C. § 406(b) be granted.  (Doc. 29.)

23  These Findings and Recommendations were served on all parties appearing in the action and

24  contained notice that any objections were to be filed within fourteen (14) days after service of the

25  order.  No objections were filed.

26          In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a

27  *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the

28  Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

1       Accordingly, IT IS HEREBY ORDERED that:

2       1.      The Findings and Recommendations issued February 27, 2013, are ADOPTED IN

3               FULL;

4       2.      Plaintiff's counsel's motion for an award of attorney's fees pursuant to Section

5               406(b) in the amount of $20,001.50 is GRANTED; and

6       3.      Plaintiff's counsel shall refund to Plaintiff $6,006.99 of the Section 406(b) fees

7               awarded as an offset for EAJA fees previously awarded pursuant to 28 U.S.C.

8               § 2412(d).

9

10      IT IS SO ORDERED.

11
        Dated:    March 28, 2013                    _____
12                                                       SENIOR  DISTRICT  JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28